UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Novartis Pharmaceuticals Corporation,

          *Plaintiff*,

          v.

Janssen Pharmaceuticals, Inc.,

          *Defendant*.

Case No.: 1:19-cv-00576-JDB

The Honorable: John D. Bates

**CORPORATE DICLSOURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, I, the undersigned, counsel of record for Janssen Pharmaceuticals, Inc., certify that to the best of my knowledge and belief:

1. Janssen Pharmaceuticals, Inc. ("Defendant") is a wholly owned subsidiary of DePuy Synthes, Inc, which in turn is a wholly owned subsidiary of Johnson & Johnson International, which in turn is a wholly owned subsidiary of Johnson & Johnson, a publicly held company.

2. No publicly held company owns 10% or more of the stock of Johnson & Johnson.

3. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 11, 2019
Washington, DC

Respectfully submitted,

/s/ Carrie C. Mahan
Carrie C. Mahan (D.C. Bar No.: 459802)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com

*Counsel for Janssen Pharmaceuticals, Inc.*

Randi W. Singer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
randi.singer@weil.com

*Application to U.S. District Court for the District of Columbia Bar Pending*